## Jack L. Gilmore, Plaintiff-Appellee, v. B. B. B. Motor Co., Inc., Defendant-Appellant.

Term No. 58-O-22.

Fourth District.

January 31, 1959.

Released for publication February 18, 1959.

Joseph R. Bartylak, and Oehmke, Dunham and Boman, for defendant-appellant; Arthur F. Wendler, for plaintiff-appellee. Opinion by PRESIDING JUSTICE BARDENS. Not to be published in full.